CHICAGO—FIRST DISTRICT—JANUARY, 1916.    419

Schoenfeld v. Lake Shore & M. S. Ry. Co., 197 Ill. App. 419.

## Frank Schoenfeld, Defendant in Error, v. Lake Shore & Michigan Southern Railway Company, Plaintiff in Error.

### Gen. No. 21,141.    (Not to be reported in full.)

.Error to the Municipal Court of Chicago; the Hon. EDWARD T. WADE, Judge, presiding.    Heard in the Branch Appellate Court at the March term, 1915. Reversed. Opinion filed January 11, 1916.

### Statement of the Case.

Action by Frank Schoenfeld, plaintiff, against the Lake Shore & Michigan Southern Railway Company, defendant, to recover the amount of fare paid on refusal of defendant to honor a ticket purchased by plaintiff.    From a judgment for plaintiff, defendant brings error.

The plaintiff purchased from the defendant a round trip ticket over the defendant's line to a point on a connecting line.    On refusal of the connecting line to honor the ticket the plaintiff was obliged to pay for his transportation over again, and to recover the amount so expended brings this action.

ROBERT J. CARY and BERTRAND WALKER, for plaintiff in error.

No appearance for defendant in error.

MR. JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

CARRIERS, § 20*—*when presumed that connecting carrier acts as mere agent of initial carrier.*    In the absence of evidence to the contrary, it is presumed that a railroad company selling a through

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

ticket over its own and a connecting line merely acts as agent for such line, and is not liable in damages to the purchaser for the refusal of the connecting line to honor the ticket and transport the passenger in accordance therewith.

## The People of the State of Illinois, Defendant in Error, v. Orrin J. Shafer, Plaintiff in Error.

### Gen. No. 21,249.  (Not to be reported in full.

Error to the Municipal Court of Chicago; the Hon. EDWARD T. WADE, Judge, presiding. Heard in this court at the March term, 1915. Reversed and remanded. Opinion filed January 11, 1916.

### Statement of the Case.

Prosecution by the People of the State of Illinois against Orrin J. Shafer for violation of section 10 of the Motor Vehicle Act (J. & A. ¶ 10,010). Having been convicted on trial before the court without a jury, the defendant brings error.

The principal issue of fact raised at the hearing was as to the speed at which the defendant was driving an automobile in a locality where speed in excess of fifteen miles an hour was by statute made prima facie evidence of its violation. After the single witness produced by the State had testified that the car was going at twenty-five miles per hour, and the defendant had testified that he was not driving faster than twelve miles an hour, that his car went about fifteen feet after he started to stop, and that he could stop it within that distance when running twelve miles an hour, the trial judge announced that it was unnecessary for him to hear any more evidence, that from his own experience